IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PATRICK MCGRAW, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00260 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| GERALD MCPEAK, *et al.*, | ) | United States District Judge |
| | **)** | |
| Defendants. | ) | |

**ORDER**

By order entered June 5, 2015, the court notified plaintiff Patrick McGraw that his complaint brought pursuant to 42 U.S.C. § 1983 was deficient as filed and gave him the opportunity to amend it. On June 10, 2015, that order was returned to the court as undeliverable and with no forwarding address. Plaintiff has not provided the court with an updated address and, therefore, the court has no means of contacting him.

Inasmuch as plaintiff has failed to provide the court with a current mailing address, it is hereby ORDERED that this action is DISMISSED without prejudice and STRICKEN from the active docket of this court. Plaintiff is advised that he may refile his claims in a separate action.

The Clerk is directed to send a copy of this order to plaintiff at his last known address.

Entered: June 11, 2015.

*Elizabeth K. Dillon*
United States District Judge